IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED ENERGY DRILLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HADAWAY CONSULTING & ENGINEERING, LLC, <br><br> Defendant/Third Party Plaintiff, <br><br> v. <br><br> JV MESA VISTA, LLC, SEVEN ENERGY INVESTMENTS LLC D/B/A ALPHA SEVEN, AND JOSEPH SASSOON GROUP, LLC, <br><br> Third Party Defendants. | 2:23-CV-119-Z-BV |

**AGREED JUDGMENT**

Before the Court is Third-Party Plaintiff Hadaway Consulting and Engineering's and Third-Party Defendants JV Mesa Vista LLC and Seven Energy Investments LLC's Joint Motion for Entry of Agreed Judgment ("Motion") (ECF No. 60), filed October 24, 2024. The Third-Party Plaintiff and Third-Party Defendants JV Mesa Vista and Seven Energy have reached an agreement to resolve the matter between them with an entry of Agreed Judgment in favor of Third-Party Plaintiff Hadaway Consulting. ECF No. 60 at 1. All three parties have agreed to the terms of the Agreed Judgment. All of Hadaway's claims and causes of action against JV Mesa Vista and Seven Energy are resolved in the Agreed Judgment. Third-Party Defendant Joseph Sassoon Group, LLC, has not made an appearance in this action and an entry of default has been made. ECF No. 54. The Court **GRANTS** the Motion and enters judgment as agreed.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Hadaway Consulting and Engineering is granted judgment against JV Mesa Vista and Seven Energy Investments, jointly and severally, in the amount of $495,905.50, plus prejudgment interest in the amount of $6,722.01.

It is further **ORDERED, ADJUDGED, AND DECREED** that the total judgment amount of $502,627.51 shall bear postjudgment interest calculated as of the date this Agreed Judgment is signed until paid in full at the rate provided for by law.

It is further **ORDERED, ADJUDGED, AND DECREED** that a declaratory judgment in favor of Hadaway and against JV Mesa Vista and Seven Energy is rendered in regard to the agreement attached as Exhibit 1 ("Service Agreement") as follows:

- JV Mesa Vista and Seven Energy are jointly and severally liable to Hadaway for all duties, responsibilities, and obligations of JV Mesa Vista expressed in the Service Agreement;

- Pursuant to the Service Agreement, JV Mesa Vista and Seven Energy are jointly and severally liable, and shall indemnify Hadaway, for all amounts paid or incurred by Hadaway, or on Hadaway's behalf, for the claims set out in the schedule attached hereto as Exhibit 2, plus all attorneys' fees and expenses paid or incurred by Hadaway in the defense of said claims.

It is further **ORDERED** that all costs are taxed against the party incurring same.

It is further **ORDERED, ADJUDGED, AND DEGREED** that Hadaway shall have all writs of execution and other process necessary to enforce this judgment. All other relief not expressly granted in this judgment is denied and this judgment is final and appealable by all parties.

The Clerk of the Court is **DIRECTED** to close the case as to Third-Party Defendants JV Mesa Vista and Seven Energy Investments.

**SO ORDERED.**

November 4, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE