IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED ENERGY DRILLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HADAWAY CONSULTING & ENGINEERING, LLC, <br><br>     Defendant and Third-Party Plaintiff, <br><br> v. <br><br> JV MESA VISTA, LLC, *et al.*, <br><br>     Third-Party Defendants. | 2:23-CV-119-Z-BV |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court is Defendant and Third-Party Plaintiff Hadaway Consulting & Engineering, LLC's Motion for Default Judgment Against Joseph Sassoon Group LLC ("Motion") (ECF No. 63), filed December 4, 2024, and the Magistrate Judge's Findings, Conclusions, and Recommendations ("FCR") (ECF No. 73), filed August 22, 2025. No objections to the FCR have been filed.

After conducting an independent review of the pleadings, briefing, and relevant law, the Court concludes that the Magistrate Judge's FCR is correct. Accordingly, the Court **ADOPTS** the FCR and **DENIES** the Motion for Default Judgment.

**SO ORDERED.**

September 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE