IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED ENERGY DRILLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> HADAWAY CONSULTING & ENGINEERING, LLC, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> JV MESA VISTA, LLC, *et al.*, <br><br> Third-Party Defendants. | 2:23-CV-119-Z-BV |

## JUDGMENT

The Court **DIRECTED** the United States District Clerk to dismiss Third-Party Defendant Joseph Sassoon Group, LLC from this case. Joseph Sassoon Group, LLC was the final remaining defendant or third-party defendant. This case is therefore **DISMISSED without prejudice**. Judgment is rendered accordingly.

**SO ORDERED.**

November 14, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE